```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND

VIVIAN MORENO,                          :
                Plaintiff,              :
                                        :
        v.                              :       CA 09-078 ML
                                        :
NORFOLK & DEDHAM GROUP,                 :
OLIVE CAMERON-MORSE,                    :
VAN TIENHOVEN & COTTER LIMITED,         :
                Defendants.             :
```

**ORDER**

**DENYING MOTION FOR EMERGENCY RELIEF**

Before the Court is Plaintiff's Motion for Emergency Relief. ("Motion"). The Motion states that Plaintiff is:

> requesting emergency relief for a trial on this case because I have loss of income due to the car accident, the insurance company does not want to give me this relief[,] and I am requesting that we have an emergency trial since I have los[t] wages because of this accident which has substantially changed my lifestyle.

Motion.

The Court treats the Motion as a motion to accelerate the trial of this matter. The Motion is denied because:

1) it is not yet certain that the Court has jurisdiction over this action;

2) Defendants have yet to be served, and they are entitled to be heard regarding any accelerated trial; and

3) the reasons advanced by Plaintiff to support an accelerated trial are reasons which could be advanced by other plaintiffs, and the Court is unpersuaded that Plaintiff has made

a sufficient showing to justify advancing her case ahead of the cases of other plaintiffs who filed their cases earlier.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 4, 2009